UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Job Bladimir GAMEZ-QUINTANILLA,<br><br>                              Plaintiff,<br><br>          -against-<br><br>Paul ARTETA, Sheriff, Orange County; Judith ALMODOVAR, New York Field Office Director for U.S. Immigration and Customs Enforcement; Todd BLANCHE, Attorney General of the United States; Markwayne MULLIN, Secretary of Homeland Security; and David VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement,<br><br>                              Defendants. | 26-CV-6350 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of the habeas corpus petition. Dkt. 1. The petition is partially granted as follows:

Respondents are enjoined from transferring petitioner to any location outside the Southern District of New York, the Eastern District of New York, or the District of New Jersey absent this Court's prior approval.

Respondents are ordered to file their response to the pending petition for habeas corpus by **Thursday, July 30, 2026 at 5:00 PM**. That briefing should address (1) the basis for petitioner's detention, (2) the circumstances of the arrest, (3) whether petitioner has previously been detained in immigration custody and released (and under what authority), and (4) what process petitioner was given.

The Clerk of Court is respectfully directed to send a copy of this order to Jeffrey.Oestericher@usdoj.gov.

SO ORDERED.

Dated: July 27, 2026
       New York, New York

_____
     ARUN SUBRAMANIAN
     United States District Judge