HARRIS TRZASKOMA

August 10, 2026

**BY ECF**

Hon. Arun Subramanian
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re: *Gamez-Quintanilla v. Arteta, et al.*, No. 26-cv-6350 (AS)**

Dear Judge Subramanian:

I represent Petitioner Mr. Gamez-Quintanilla in the above-referenced action. Pursuant to Fed. R. Civ. P. 6(b)(1)(B) and Local Rule 7.1(e), I write to respectfully request an extension *nunc pro tunc* of the deadline to reply in support of the petition for a writ of habeas corpus to today, August 10, 2026, and seek leave to file the amended reply in support of the petition attached hereto (the "Amended Reply").[1] Respondents' counsel has indicated Respondents do not oppose this motion.

On July 30, 2026, the Court issued an order (ECF 8) approving Respondents' request for a one-day extension to respond to the petition and providing that any reply in support of the petition would be due by Wednesday, August 5, 2026. On August 4, 2026, the Court issued an order approving Petitioner's request for a two-day extension to reply in support of the petition and setting a deadline of Friday, August 7, 2026 at 5:00 p.m. ECF 13. Petitioner timely filed a memorandum of law in support of the petition on Friday, August 7, 2026, at 5:00 pm. *See* ECF 14.

After filing on August 7, 2026, counsel for Respondents called to inform me that Petitioner's memorandum did not comply with the length limitations for reply memoranda of law set forth in the Local Rules. This error was due to a misunderstanding regarding the applicable length limitation. Though styled as a reply, I believed the applicable length limitation was for briefs in support of or in response to a motion, given that Petitioner had not previously submitted a memorandum of law in support of the petition. Petitioner's filing complied with that length limitation (though it was inapplicable). As pro bono counsel for Petitioner who has not previously brought a petition for a writ of habeas corpus, I had not appreciated the specific limitation applicable in this circumstance.

Therefore, Petitioner seeks leave to file the Amended Reply attached hereto. Because the Amended Reply includes only the arguments set forth in Petitioner's timely filed brief, and does not include any new arguments, authorities, or other content not previously included, we believe any neglect is excusable and granting the extension would

[1] The Amended Reply is attached hereto in clean copy as Exhibit A. A redline comparison is also attached as Exhibit B.

not cause any prejudice to Respondents. The word count of the Amended Reply is 3,492 words and complies with the length limitation applicable to reply briefs set forth in Local Rule 7.1(c).

This is Petitioner's second request for an extension of any deadline in this matter. There is currently no scheduled appearance before the Court or any other date set. Accordingly, this request would not affect any other date.

I sincerely apologize to the Court for this error and for further imposing upon the Court's time with the instant request. I appreciate the Court's consideration of this matter.

Respectfully submitted,

*/s/ Vikram Shah*

Vikram Shah
HARRIS TRZASKOMA LLP
125 Broad Street, 10th Floor
New York, NY 10004
Tel: (212) 970-6465
vshah@harristrz.com

*Counsel for Petitioner*

To: All parties of record via ECF

The extension is granted *nunc pro tunc*. Leave to file the amended reply is also granted, and the attached documents are accepted.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 15.

SO ORDERED.



Arun Subramanian, U.S.D.J.
Date: August 11, 2026