**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

JOB BLADIMIR GAMEZ-QUINTANILLA,

Petitioner,

-against-

Paul ARTETA, Sheriff, Orange County; Judith ALMODOVAR, New York Field Office Director for U.S. Immigration and Customs Enforcement; Todd BLANCHE, Attorney General of the United States; Markwayne MULLIN, Secretary of Homeland Security; and David VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement,

Respondents.

-----------------------------------------------------------X

26 **CIVIL** 6350 (AS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 26, 2026, the petition for habeas corpus relief is DENIED. Accordingly, judgment is hereby entered in favor of Respondents and the case is closed.

**DATED:** New York, New York
August 28, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**